In the Matter of ALEXIS D., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JANICE P., Respondent, and BARRIE D., Appellant.

Submitted February 11, 2008; decided March 18, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

BERNADETTE PANZELLA, P.C., Appellant, v GERARD D. DESANTIS, Respondent. ADAM STANGER, D.C., P.C., Nonparty Respondent.

Submitted February 11, 2008; decided March 18, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 9 NY3d 816 (2007)].